RECEIVED
JUL 11 2019
BY MAIL

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Simon Gebregiabher | Docket of Case No: To be determined |
| Place of Confinement: Greenville | Prisoner No: 35026-044 |
| Movant          V.          United States of America  Simon Gebregziabher | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: **Eastern District of Missouri**

   (b) Criminal docket or case number (if you know): **17-CR-00165-JAR-1**

2. (a) Date of the judgment of conviction (if you know): **July 10TH, 2018**

   (b) Date of sentencing: **July 10, 2018**

3. Length of sentence: **72 months / 9 months violation**

4. Nature of crime (all counts): **922(g)(1)**

5. (a) What was your plea: (Check one)
   (1) Not guilty        (2) Guilty        (3) Nolo contendere (no contest)

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

1

6. If you went to trial, what kind of trial did you have? (Check one)    Jury    Judge Only

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes    (No)

8. Did you appeal from the judgment of conviction?    Yes    (No)

9. If you did appeal, answer the following:
   (a) Name of court: _____ N/A _____

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Citation of the case (if you know): _____

   (f) Grounds raised: _____
   _____
   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes    No
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____

   (2) Result: _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

   (5) Grounds raised: _____
   _____
   _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes    (No)

11. If your answer to Question 10 was "Yes," give the following information:

    (a)(1) Name of court: _____ N/A _____

        (2) Docket of case number (if you know): _____

2

(3) Date of filing (if you know):_____

(4) Nature of the proceeding:_____

(5) Grounds raised:_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes      No

(7) Result:_____

(8) Date of result (if you know):_____

(b) If you file any second motion, petition, or application, give the same information:
(1) Name of court:_____

(2) Docket of case number (if you know):_____

(3) Date of filing (if you know):_____

(4) Nature of the proceeding:_____

(5) Grounds raised:_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes      No

(7) Result:_____

(8) Date of result (if you know):_____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
  (1) First petition     Yes     No

  (2) Second petition    Yes     No

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:_____
_____
_____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Counsel's failure to move to dismiss indictment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):
Counsel should have moved to dismiss indictment as indictment did not have all essential elements present and presented to grand jury. That prejudiced petitioner because he's convicted of a ~~comm~~ non-crime. All elements not indicted, no crime.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment or conviction, did you raise this issue?
      Yes ___  (No)

  (2) If you did not raise this issue in your direct appeal, explain why: _____

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes   (No)

  (2) If your answer to Question (c)(1) is "Yes," state:
      Type of motion or petition: _____

      Name and location of the court where the motion or petition was filed: _____

      Docket or case number (if you know): _____

      Date of the court's decision: _____

      Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes    No

  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes    No

  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
      Yes    No

4

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

Docket case number (if you know):_____

Date of the court's decision:_____

Result: (attach a copy of the court's opinion or order if available):_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:_____

**GROUND TWO:** Plea was unknowingly and unintelligently made

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim): Petitioner never admitted to all essential elements of 922(g)(1). And Counsel allowed petitioner to plea to a crime that is not criminal.

(b) **Direct Appeal of Ground Two:**
   (1) If you appealed from the judgment or conviction, did you raise this issue?
   Yes     No ✓

   (2) If you did not raise this issue in your direct appeal, explain why:_____

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes     No ✓

   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition:_____

   Name and location of the court where the motion or petition was filed:_____

5

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes     No

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes     No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
    Yes     No

(6) If your answer to question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:_____
    _____

    Docket case number (if you know):_____

    Date of the court's decision:_____

    Result: (attach a copy of the court's opinion or order if available):_____
    _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:_____
_____
_____

GROUND THREE: Counsel's failure to challenge "any court of" language in 922(g)(1) statute as ambiguous, and did not intend state convictions
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim): That failure allowed for the United States to use my prior state conviction against me when to qualify. Congress did not intend for state convictions to be used. I was sentenced and convicted of a non-crime.

6

**(b) Direct Appeal of Ground Three:**
    (1) If you appealed from the judgment or conviction, did you raise this issue?
        Yes        No

    (2) If you did not raise this issue in your direct appeal, explain why:_____
_____
_____

**(c) Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes        No

    (2) If your answer to Question (c)(1) is "Yes", state:
    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____
_____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes        No

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes        No

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
        Yes        No

    (6) If your answer to question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:_____
_____

    Docket case number (if you know):_____

    Date of the court's decision:_____

    Result: (attach a copy of the court's opinion or order if available):_____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:_____

_____

_____

**GROUND FOUR:**_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Four:**
   (1) If you appealed from the judgment or conviction, did you raise this issue?
       Yes         No

   (2) If you did not raise this issue in your direct appeal, explain why:_____

_____

**(c) Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes         No

   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition:_____
   Name and location of the court where the motion or petition was filed:_____

   Docket or case number (if you know):_____

   Date of the court's decision:_____

   Result (attach a copy of the court's opinion or order, if available):_____

   _____

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes         No

   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes         No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
      Yes          No

(6) If your answer to question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:_____

    Docket case number (if you know):_____

    Date of the court's decision:_____

    Result: (attach a copy of the court's opinion or order if available):_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:_____

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?  Yes    (No)

If "Yes," state the name and location of the court, the docket or case number, the type or proceeding, and the issues raised:_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

  (a) At preliminary hearing:_____

  (b) At arraignment and plea: Michelle Monahan, Ast. Public Defender

  (c) At trial:_____

(d) At sentencing: __Michelle Monahan, Ast. Public Defender__

(e) On appeal: __N/A__

(f) In any post-conviction proceeding: __N/A__

(g) On appeal from any ruling against you in a post-conviction proceeding: __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes  (No)

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  Yes  (No)

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date of the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes  No

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitation as contained in 28 U.S.C § 2255 does not bar your motion.* (see below) __N/A__

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period limitations shall apply to a motion under this section. The limitation period shall run from the latest of:
(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

10

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, Movant asks that the Court grant the following relief: Judgment vacated and conviction expunged from record, or if this fails, a better binding plea.
or any other relief to which movant is entitled.

X _____
Signature of Attorney (if any)

I, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on 7·10·19
_____ (month, date, year).

Executed (signed) on  7·10·19  (date)

X _____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

11